# UNITED STATES DISTRICT COURT

| FOR THE | District of | PUERTO RICO |

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

SAUL GONZALEZ-CEDO

Case Number: 3:99CR321-01 (SEC)

USM Number: 23892-018

EPIFANIO MORALES-CRUZ, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) GRADE C VIOLATION of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition 2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 12/05/2003 |
| Standard Condition 3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 12/08/2003 |
| Standard Condition 5 | The defendant shall participate in a vocational and/or job placement program recommended by the U. S. Probation Officer. | 11/18/2003 |
| Standard Condition 6 | The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 11/18/2003 |
| Standard Condition 7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 12/11/2003 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-4353

Defendant's Date of Birth: 09-28-76

Defendant's Residence Address:

7537 Fincastle Way

Orlando, Florida 32822

Defendant's Mailing Address:
SAME AS ABOVE

SEPTEMBER 23, 2004
Date of Imposition of Judgment

**s/ *SALVADOR E. CASELLAS***
Signature of Judge

SALVADOR E. CASELLAS, U. S. DISTRICT JUDGE
Name and Title of Judge

SEPTEMBER 23, 2004
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | SAUL GONZALEZ-CEDO | |
| CASE NUMBER: | 3:99CR321-01 (SEC) | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**FIVE (5) MONTHS.**

X  The court makes the following recommendations to the Bureau of Prisons:
   1. That defendant be transferred to the State of Florida to serve sentence.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

> Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
> FRANCES RIOS DE MORAN, CLERK
> U.S. District Court for the
> District of Puerto Rico
> By: _____ Deputy Clerk
> Date: 9/30/04

# RETURN

I have executed this judgment as follows:

Defendant delivered ADES on 11/5/04 to MDC GUAYNABO
a P/R _____ with a certified copy of this judgment.

Ricardo E Chang, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL